12/21/2007 - IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR. - U. S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:07MC052 |
| Petitioner, | ) |
| | ) JUDGE SOLOMON OLIVER, JR. |
| v. | ) |
| JAMES P. O'HARA, | ) |
| Respondent. | ) NOTICE OF DISMISSAL |

NOW COMES the Petitioner, the United States of America, by and through undersigned counsel, and hereby notifies this Court of the voluntary dismissal, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, of the within Petition to Enforce Internal Revenue Summons ("Petition").

The Internal Revenue Service Officer has been unable to personally serve Respondent, James P. O'Hara. Therefore, the Internal Revenue Service has decided not to pursue this matter at this time.

WHEREFORE, it is prayed that this motion is granted.

                                        Respectfully submitted,

                                        GREGORY A. WHITE
                                        United States Attorney

                      By: s/Kathleen L. Midian
                            Kathleen L. Midian (#0023277)
                            Assistant U.S. Attorney
                            801 West Superior Avenue
                            Cleveland, Ohio 44113-1852
                            (216) 622-3748
                            Fax(216)522-4982
                            Kathleen.Midian@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2007, the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        s/Kathleen L. Midian
                                        Kathleen L. Midian
                                        Assistant U.S. Attorney